# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00719-CR

**Kevin Houston, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
### NO. 17,392, THE HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Kevin Houston has filed a motion to dismiss his appeal. The motion is signed by Houston and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Smith

Dismissed on Appellant's Motion

Filed: July 21, 2023

Do Not Publish